# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Darnel Carlson, | Civil No. 12-1552 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| GC Services, LP, Jane Scott, | |
| Defendants. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: June 28, 2012

                                                                              s/Richard H. Kyle  
                                                                              RICHARD H. KYLE  
                                                                              United States District Judge