## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Darnel Carlson, | Civil No. 12-1552 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| GC Services, LP and Jane Scott, | |
| Defendants. | |

---

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 3), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJDUICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 3, 2012

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge