## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Darnel Carlson, | Civil No. 12-1552 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| GC Services, LP and Jane Scott, | |
| Defendants. | |

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 3), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJDUICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 3, 2012

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge